UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**RUTHIE MILES, et al.,**           :
                                    :
            **Plaintiffs,**         :
                                    :
         v.                         :   Civ. Action No. 08-01408 (RWR)
                                    :
**DISTRICT OF COLUMBIA**            :
                                    :
            **Defendant.**          :
_____ :

## DEFENDANT'S ANSWER TO COMPLAINT

The Defendant, by counsel, here answers the numbered paragraphs in Plaintiffs' Complaint as follows:

1. The Defendant admits the existence of the cited statutes, but denies that this Court has jurisdiction thereunder.

2. The Defendant denies that Plaintiff N.E. is a minor child. The Defendant admits the remaining allegations in paragraph 2 of the Complaint.

3. The Defendant admits that it is a municipal corporation, created by an act of Congress, exercising governmental authority within the District of Columbia. The Defendant further admits that the District of Columbia Public Schools ("DCPS") is an agency of the District of Columbia. The remaining allegations in paragraph 3 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

4. The Defendant admits the allegations in the first sentence of paragraph 4 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

5. The District admits the allegations in paragraph 5 of the Complaint.

6. The Defendant admits the allegations in paragraph 6 of the Complaint.

7. The allegations in paragraph 7 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

8. The Defendant admits the allegations in the first sentence of paragraph 8 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

9. The Defendant admits the allegations in paragraph 9 of the Complaint.

10. The Defendant admits the allegations in paragraph 10 of the Complaint.

11. The allegations in paragraph 11 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

12. The Defendant admits the allegations in the first sentence of paragraph 12 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

13. The Defendant admits the allegations in paragraph 13 of the Complaint.

14. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint.

15. The Defendant admits the allegations in the first sentence of paragraph 15 of the Complaint. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 15 of the Complaint.

16. The allegations in paragraph 16 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

17. The Defendant admits the allegations in the first sentence of paragraph 17 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

18. The Defendant admits the allegations in paragraph 18 of the Complaint.

19. The Defendant admits the allegations in paragraph 19 of the Complaint.

20. The Defendant admits the allegations in paragraph 20 of the Complaint.

21. The allegations in paragraph 21 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

22. The Defendant admits the allegations in the first sentence of paragraph 22 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

23. The Defendant admits the allegations in paragraph 23 of the Complaint.

24. The Defendant admits the allegations in paragraph 24 of the Complaint.

25. The Defendant admits the allegations in the first sentence of paragraph 25 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

26. The Defendant admits the allegations in paragraph 26 of the Complaint.

27. The Defendant admits the allegations in paragraph 27 of the Complaint.

28. The Defendant admits the allegations in paragraph 28 of the Complaint.

29. The Defendant admits the allegations in paragraph 29 of the Complaint.

30. The allegations in paragraph 30 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

31. The Defendant admits the allegations in the first sentence of paragraph 31 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

32. The Defendant admits the allegations in paragraph 32 of the Complaint.

33. The Defendant admits the allegations in paragraph 33 of the Complaint.

34. The allegations in paragraph 34 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

35. The Defendant admits the allegations in the first sentence of paragraph 35 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

36. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint.

37. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Complaint.

38. The allegations in paragraph 38 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

39. The Defendant admits the allegations in the first sentence of paragraph 39 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

40. The Defendant admits the allegations in paragraph 40 of the Complaint.

41. The Defendant admits the allegations in paragraph 41 of the Complaint.

42. The Defendant admits the allegations in paragraph 42 of the Complaint.

43. The Defendant admits the allegations in the first sentence of paragraph 43 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

44. The Defendant admits the allegations in paragraph 44 of the Complaint.

45. The Defendant admits the allegations in paragraph 45 of the Complaint.

46. The Defendant admits the allegations in paragraph 46 of the Complaint.

47. The allegations in paragraph 47 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

48. The Defendant admits the allegations in the first sentence of paragraph 48 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

49. The Defendant admits the allegations in paragraph 49 of the Complaint.

50. The Defendant admits the allegations in paragraph 50 of the Complaint.

51. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Complaint.

52. The Defendant admits the allegations in paragraph 52 of the Complaint.

53. The allegations in paragraph 53 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

54. The Defendant admits the allegations in the first sentence of paragraph 54 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

55. The Defendant admits the allegations in paragraph 55 of the Complaint.

56. The Defendant admits the allegations in paragraph 56 of the Complaint.

57. The Defendant admits the allegations in paragraph 57 of the Complaint.

58. The allegations in paragraph 58 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

59. The Defendant admits the allegations in the first sentence of paragraph 59 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

60. The Defendant admits the allegations in paragraph 60 of the Complaint.

61. The Defendant admits the allegations in paragraph 61 of the Complaint.

62. The allegations in paragraph 62 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

63. The Defendant admits the allegations in the first sentence of paragraph 63 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

64. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 64 of the Complaint.

65. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 65 of the Complaint.

66. The allegations in paragraph 66 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

67. The Defendant admits the allegations in the first sentence of paragraph 67 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

68. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 68 of the Complaint.

69. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 69 of the Complaint.

70. The allegations in paragraph 70 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

71. The Defendant admits the allegations in the first sentence of paragraph 71 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

72. The Defendant admits the allegations in paragraph 72 of the Complaint.

73. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in paragraph 73 of the Complaint.

74. The Defendant admits the allegations in the first sentence of paragraph 74 of the Complaint. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 74 of the Complaint.

75. The allegations in paragraph 75 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

76. The Defendant admits the allegations in the first sentence of paragraph 76 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

77. The Defendant admits the allegations in paragraph 77 of the Complaint.

78. The Defendant admits the allegations in paragraph 78 of the Complaint.

79. The Defendant admits the allegations in the first sentence of paragraph 79 of the Complaint. The allegations in the second sentence are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

80. The Defendant denies the allegations in paragraph 80 of the Complaint and avers that the petition for attorney's fees and costs that J.W. submitted to DCPS on September 20, 2007 was in the amount of $5,587.42.

81. The Defendant admits the allegations in paragraph 81 of the Complaint.

82. The allegations in paragraph 82 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies each and every allegation set forth in the complaint not specifically responded to or admitted herein.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [012914]
    Chief, Equity Section II

>  */s/ Richard A. Latterell*
> RICHARD A. LATTERELL [502127]
> Assistant Attorney General
> Civil Litigation Division
> Equity Section II
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6626 (telephone)
> (202) 715-7820 (facsimile)
> Richard.latterell@dc.gov

September 2, 2008