UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTHIE MILES *et al.*, ) | |
| ) | |
| Plaintiffs, ) | 1:08-cv-01408 |
| v. ) | Judge Richard Roberts |
| ) | |
| GOVERNMENT OF THE DISTRICT ) | |
| OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**PROOF OF SERVICE**

I hereby certify that service of process was made in the above-captioned case, pursuant to Rule 4 of this Court as follows:

1) Service was made by Brad Davidson, an individual who is over the age of eighteen. Mr. Davidson conducts his business at 210 I Street, NE. He is not a party to this suit and has no interest in its outcome.

2) Service of the Complaint and Summons was made on the Mayor of the District of Columbia by hand delivery to Arlephia Thompson, the Mayor's designated service representative, at the Office of the Secretary, Suite S-419, 1350 Pennsylvania Avenue, NW at 9:30 A.M. on August 19, 2008. A courtesy copy of the Summons and Complaint was served on the Attorney General of the District of Columbia's designated service recipient, Gail Rivers, personally at 441 4th Street, NW, Sixth Floor, Office of the Attorney General, on August 18, 2008 at 12:35 P.M.

          Respectfully submitted,


          <u>*James E. Williams, Esq.*</u>
          Jester and Williams
          206 G Street, NE
          Washington, D.C.  20002
          202-546-4696
          Fax: 202-544-0031